AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William Leonard, Jr.

Plaintiff,

V.

Reliastar Life Insurance Company f/k/a
Northwestern National Life Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1015-F

TO: (Name and address of Defendant)

Reliastar Life Insurance Company
C/O CT Corporation
2000 Interstate Park
Suite 204
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Tomlinson
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103-4160

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 10/26/05