| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9848 9056 6741 | A. Received by (Please Print Clearly): S. SLAUSON   B. Date of Delivery: 10-28-05 <br> C. Signature: X _Slauson_   ☐ Agent  ☑ Addressee <br> D. Is delivery address different from item 1? ☐ Yes  ☐ No <br>    If YES, enter delivery address below: |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to: <br><br> RELIASTAR LIFE INSURANCE COMPANY <br> C/O CT CORPORATION <br> 2000 INTERSTATE PARK <br> SUITE 204 <br> MONTGOMERY, AL 36104 | 3:05CV 1015-F 10/5 STC |
| PS Form 3811, July 2001 | Domestic Return Receipt |