UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RELIASTAR LIFE INSURANCE ) <br> COMPANY f/k/a NORTHWESTERN ) <br> NATIONAL LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:05-CV-01015-MEF-CSC |

**DEFENDANT RELIASTAR LIFE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Reliastar Life Insurance Company hereby discloses that its parent corporation is Lion Connecticut Holdings, Inc. and that the following publicly held corporation owns 10% or more of its stock: ING GROEP NV.

_____
One of the Attorneys for Defendant
ReliaStar Life Insurance Company

OF COUNSEL:
Michael L. Bell (BELLM6182)
S. Andrew Kelly (KELL3760)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley, Esq. (libby.rayborn@beasleyallen.com)
W. Daniel Miles, III, Esq. (dee.miles@beasleyallen.com)
Joseph H. Aughtman, Esq. (jay.aughtman@beasleyallen.com)
John E. Tomlinson, Esq. (john.tomlinson@beasleyallen.com)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

_____
OF COUNSEL

143643