UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RELIASTAR LIFE INSURANCE ) <br> COMPANY f/k/a NORTHWESTERN ) <br> NATIONAL LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:05-CV-01015-MEF-CSC |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now, one of the attorneys for Defendant ReliaStar Life Insurance Company ("ReliaStar"), and respectfully moves that this Honorable Court enter an order pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama allowing Markham R. Leventhal, Stephan I. Voudris and Ben V. Seessel to appear *pro hac vice* as attorneys for ReliaStar in this matter. In support of this motion, movant shows as follows:

1. Markham R. Leventhal, Stephan I. Voudris, and Ben V. Seessel are licensed attorneys practicing at the law firm of Jorden Burt LLP, 777 Brickell Avenue, Suite 500, Miami, Florida 33131; phone number (305) 371-2600; facsimile number (305) 372-9928.

2. Markham R. Leventhal, Stephan I. Voudris, and Ben V. Seessel are admitted to practice before, and are members in good standing of, the United States

District Court for the Southern District of Florida. *See* Certificates of Good Standing attached as Exhibit 1.

WHEREFORE, premises considered, movant respectfully requests that this Court enter an order allowing Markham R. Leventhal, Esq., Stephan I. Voudris, Esq., and Ben V. Seessel, Esq., to appear *pro hac vice* for the purpose of representing ReliaStar in this case.

										_____
										One of the Attorneys for Defendant
										ReliaStar Life Insurance Company

OF COUNSEL:
Michael L. Bell (BELLM6182)
S. Andrew Kelly (KELL3760)
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley, Esq. (libby.rayborn@beasleyallen.com)
W. Daniel Miles, III, Esq. (dee.miles@beasleyallen.com)
Joseph H. Aughtman, Esq. (jay.aughtman@beasleyallen.com)
John E. Tomlinson, Esq. (john.tomlinson@beasleyallen.com)
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL  36103-4160

OF COUNSEL

AO 136
(Rev. 6/82)

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **135542**

I, **CLARENCE MADDOX**,    Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that    *Stephan I. Voudris*    was duly admitted to practice

in said Court on **July 17, 1998**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this November 14, 2005

**CLARENCE MADDOX**
Court Administrator •Clerk of Court

By _____
Deputy Clerk

.sk.5/2002

AO 136
(Rev. 6/82)

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA



Fla. Bar. # **616140**

I, **CLARENCE MADDOX**,    Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that    *Markham R. Leventhal*   was duly admitted to

practice in said Court on **July 13, 1988**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this November 14, 2005

**CLARENCE MADDOX**
Court Administrator •Clerk of Court

By _____
    Deputy Clerk

.sk.5/2002

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA



Fla. Bar. # **598585**

I, **CLARENCE MADDOX**,   Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that **Ben V. Seessel** was duly admitted to practice in said Court on **July 11, 2003,** and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this November 14, 2005

**CLARENCE MADDOX**
Court Administrator •Clerk of Court

By _____
Deputy Clerk

.sk.5/2002