IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1015-F |
| | ) |
| RELIASTAR LIFE INSURANCE COMPANY, | ) |
| | ) |
|     DEFENDANT. | ) |

## **ORDER**

This cause is before the Court on the Defendant Reliastar Life Insurance Company's Motion to Dismiss the Complaint, and to Strike Class Action Claims, and Supporting Memorandum of Law (Doc. # 4) filed on December 22, 2005.  It is hereby ORDERED that Plaintiff file all submissions in opposition to this motion by no later than **January 20, 2006** and Defendant shall file a reply by no later than **January 27, 2006.**

DONE this the 27th day of December, 2005.

                                             /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE