IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative, ) ) ) Plaintiff, ) ) v. ) ) RELIASTAR LIFE INSURANCE ) COMPANY, *et al.,* ) ) Defendant. ) | CASE NO. 3:05-cv-1015-F |

## **O R D E R**

Upon consideration of the Motion for Markham R. Leventhal, Stephan I. Voudris, and Ben V. Seessel to Appear Pro Hac Vice (Doc. #6) filed on December 27, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 4th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE