## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Leonard v. ReliaStar Life Insurance Company

Case Number: 3:05-cv-01015-MEF
Referenced Docket Entry - Amended Document - Doc. No. 10.

The referenced docket entry was filed electronically in ERROR on ***January 20, 2006*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this is duplicate filing of docket entry no. 9. Please DISREGARD this docket entry.