IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative, ) ) ) Plaintiff, ) v. ) RELIASTAR LIFE INSURANCE ) COMPANY, *et al.,* ) ) Defendant. ) | CASE NO. 3:05-cv-1015-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Continue Rule 56(f) (Doc. #17) filed on February 27, 2006, it is hereby

ORDERED that the defendant show cause in writing on or before March 8, 2006 as to why this motion should not be granted.

DONE this the 1st day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE