IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative,<br><br>    Plaintiff,<br><br>v.<br><br>RELIASTAR LIFE INSURANCE COMPANY, *et al.,*<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 3:05-cv-1015-MEF<br>)<br>)<br>)<br>)<br>) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Strike (Doc. #18) filed on February 28, 2006, it is hereby ORDERED:

1. That the defendant file a response which shall include a brief and any evidentiary materials on or before March 10, 2006.

2. The plaintiff may file a reply brief on or before March 15, 2006.

DONE this 3rd day of March, 2006.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE