IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:05-cv-1015-MEF ) |
| RELIASTAR LIFE INSURANCE COMPANY, *et al.,* | ) ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Reply (Doc. #23) filed on March 10, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of March, 2006.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE