IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative, ) ) ) Plaintiff, ) ) v. ) ) RELIASTAR LIFE INSURANCE ) COMPANY, ) ) Defendant. ) | CASE NO. 3:05-cv-1015-MEF |

## **O R D E R**

Upon consideration of defendant's Motion for Leave to File (Doc. #27) filed on March 17, 2006, it is hereby

ORDERED that the motion is GRANTED. The court advises the parties that the content of the surreply was considered before the court ruled on plaintiff's Rule 56(f) motion.

DONE this 23rd day of March, 2006.

          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE