IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM LEONARD, JR.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CASE NUMBER 3:05-CV-1015-MEF |
| | * |
| **RELIASTAR LIFE INSURANCE COMPANY f/k/a NORTHWESTERN NATIONAL LIFE INSURANCE COMPANY,** | * |
| | * |
| | * |
| | * |
| | * |
| **Defendants.** | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of Plaintiff to Defendants Reliastar Life Insurance Company:

1. Plaintiff's First Interrogatories and Requests for Production to Defendant Reliastar Life Insurance Company.

2. Plaintiff's Notice of Deposition to Defendant Reliastar Life Insurance Company.

JOSEPH H. "JAY" AUGHTMAN (AUG001)
JOHN E. TOMLINSON (TOMO14)
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW
METHVIN, PORTIS, & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of April, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney(s) for Defendant Reliastar Life Insurance Company**

Michael L. Bell
S. Andrew Kelly
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

Markham R. Leventhal
Stephan J. Vaoudris
Ben V. Seessel
JORDEN BURT, L.L.P.
777 Brickell Avenue, Suite 500
Miami, FL 33131-2803
Telephone: (305) 371-2600
Facsimile: (305) 372-9928

_____
OF COUNSEL

2