IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RELIASTAR LIFE INSURANCE COMPANY,  )<br>)<br>Defendant.  ) | CASE NO. 3:05-cv-1015-MEF |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before August 31, 2006.

DONE this the 1st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE