UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RELIASTAR LIFE INSURANCE ) <br> COMPANY f/k/a NORTHWESTERN ) <br> NATIONAL LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:05-CV-01015-MEF-CSC |

## JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff William Leonard, Jr. and Defendant ReliaStar Life Insurance Company hereby jointly stipulate and request that the Court dismiss this action and all claims of the Plaintiff with prejudice, with each party bearing its own attorney's fees and costs. The dismissal shall be without prejudice to the claims of any current or former ReliaStar policyholders other than Plaintiff. A proposed order is attached hereto.

Dated: August 3₀, 2006.

                              Respectfully submitted,

| | |
|---|---|
| /s/ Jere L. Beasley | /s/ Michael L. Bell |
| Jere L. Beasley (BEA020) | Michael L. Bell, Esq. (BELLM6182) |
| W. Daniel "Dee" Miles, III (MIL060) | S. Andrew Kelly, Esq. (KELL3760) |
| Joseph H. "Jay" Aughtman (AUG001) | LIGHTFOOT, FRANKLIN & WHITE, L.L.C. |
| John E. Tomlinson (TOM014) | The Clark Building |
| BEASLEY, ALLEN, CROW, METHVIN, | 400 North 20th Street |
| PORTIS, & MILES, P.C. | Birmingham, Alabama 35203-3200 |
| P. O. Box 4160 | Telephone: (205) 581-0700 |
| Montgomery, AL 36103-4160 | Facsimile: (205) 581-0799 |
| Telephone: (334) 269-2343 | |
| Facsimile: (334) 954-7555 | Markham R. Leventhal (Fla. Bar #616140) |
| | Stephan I. Voudris (Fla. Bar #135542) |
| *Attorneys for Plaintiff* | Ben V. Seessel (Fla. Bar. #598585) |
| *William Leonard, Jr.* | JORDEN BURT LLP |
| | 777 Brickell Avenue, Suite 500 |
| | Miami, Florida 33131-2803 |
| | Telephone: (305) 371-2600 |
| | Facsimile: (305) 372-9928 |
| | |
| | *Attorneys for Defendant* |
| | *ReliaStar Life Insurance Company* |

149739

2