UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RELIASTAR LIFE INSURANCE )<br>COMPANY f/k/a NORTHWESTERN )<br>NATIONAL LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 3:05-CV-01015-MEF-CSC |

### ORDER DISMISSING THIS ACTION WITH PREJUDICE

Upon the Joint Stipulation and Motion of Plaintiff William Leonard, Jr. and Defendant ReliaStar Life Insurance Company, Inc. for dismissal of this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby orders as follows:

1. This action and all claims of the Plaintiff are hereby dismissed with prejudice;

2. The dismissal shall be without prejudice to the claims of any other person; and

3. Each party shall bear its own attorney's fees and costs.

ORDERED this ___ day of _____, 2006.

_____
Federal District Court Judge

cc: Counsel of Record
149741