IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LEONARD, JR., individually and as class representative, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:05-cv-1015-MEF ) |
| RELIASTAR LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation and Motion for Dismissal With Prejudice (Doc. #37) filed by the parties on August 30, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses. The dismissal shall be without prejudice to the claims of any current or former ReliaStar policyholders other than plaintiff.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 31st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE